UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| STARS INVESTMENT GROUP, LLC, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 4:15CV01370 AGF |
| AT&T CORP., et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Upon due consideration of the parties' representations as set forth in their responses (Doc. No. 86 & 87) to the Court's Order to Show Cause entered November 23, 2016 (Doc. No. 85), and pursuant to the Court's October 13, 2016 Order (Doc. No. 73), which imposed time and geographic limitations and which further limited the scope of the present discovery dispute to only those claim files for incidents which resulted in fatalities, injuries, or substantial loss of property leading to building destruction or debilitation,

**IT IS HEREBY ORDERED** that, on or before **Friday, January 6, 2017**, the parties' counsel are directed to meet in person, at which time Defendants' counsel shall describe the manner in which the spreadsheets from Defendants AT&T and MasTec were compiled, advise Plaintiffs' counsel of the approximate value or cost of the incidents, and in good faith attempt to agree with Plaintiffs' counsel on which incidents appear to have resulted in fatalities, injuries, or substantial loss of property leading to building destruction

or debilitation. Defendants' counsel are advised that Defendants will be required to produce only the files for incidents which fit within the parameters set forth above.

The Court further advises the parties' counsel of their obligation to work with one another in good faith to avoid unnecessarily involving this Court in discovery disputes.

Dated this 23rd day of December, 2016.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE