# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

### MINUTES OF CIVIL JURY/NON JURY TRIAL

Presiding Judicial Official  Audrey G. Fleissig  Date March 31, 2017     Case No. 4:15cv01370 AGF
Stars Investment Group, LLC et al.                vs. AT&T Corp. et al.
Parties present for  ☑ JURY TRIAL ☐ NON JURY TRIAL     Number of Days in Trial Day Eight
Court Reporter R. Fiorino                 Deputy Clerk B. Porter
Attorney(s) for Plaintiff(s) Eric Trelz, Laura Bentele, and Amy Dvorak
Attorney(s) for Defendant(s) James Lertiz

☐ Jury impaneled and sworn.   ☐ Opening Statement(s) of  ☐ Plaintiff(s) ☐ Defendant(s) made.

☐ Plaintiff(s) evidence ☐ commenced ☐  resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence ☐ commenced ☐resumed ☐ and ☐ but not ☐ concluded.

☐ Plaintiff(s) evidence in rebuttal  ☐commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Defendant(s) evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

☐ Written ☐ Oral ☐ Motions for Judgment as a Matter of Law at close of ☐ pltf's case ☐ deft's case ☐all evidence ☐filed  ☐ made/argued by  ☐pltf(s) ☐deft(s) ☐and are  ☐ Overruled/Denied  ☐ Sustained ☐ Court's ruling reserved ☐ taken under submission ☐ taken with the case .

☐ Closing Arguments of counsel made.  ☐ Case taken under advisement.

☐ (Simultaneous) briefs due _____ . ☐ Case is settled.  Dismissal papers due_____.

☐ Jury charged and retires to consider its verdict(s) at _____AM/PM

☑ Verdict(s) returned at    10:40          AM/PM

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact,
   retires to consider its verdict(s) at_____pm   ☐ Verdict(s) returned at _____am/pm

☐ Jury unable to agree upon  its verdict(s) by_____am/pm is excused  to resume deliberations on _____am/pm

☐ The Court declares a MISTRIAL.     ☐ Trial is reset_____.

☐  On motion of  ☐ plaintiff  ☐ defendant ☐ Court ☐  the jury is polled.

☐ Proceedings to continue _____at_____AM/PM

☐ Judgment is entered accordingly this date.  ☐ Depositions ☐ Exhibits retained by ☐ Court  ☐ Counsel.

NOTES:  The jury returns to continue deliberations at 9:10 AM.


PROCEEDINGS COMMENCED:  9:10 AM        CONCLUDED:  10:50 AM